**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-2359

TERENCE G. WESTRY,

Plaintiff - Appellant,

versus

NORTH CAROLINA A&T STATE UNIVERSITY,

Defendant - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. Frank W. Bullock, Jr., District Judge. (CA-01-1129-1)

Submitted: March 22, 2004        Decided: April 15, 2004

Before WIDENER, NIEMEYER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Terence G. Westry, Appellant Pro Se. Celia Grasty Lata, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Terence G. Westry appeals the district court's order granting summary judgment to North Carolina A&T State University in his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Westry v. North Carolina A&T State University, No. CA-01-1129-1 (M.D.N.C. Sept. 25, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED